# Morris James LLP

P. Clarkson Collins, Jr.
302.888.6990
pcollins@morrisjames.com

July 10, 2017

**VIA E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re: *Immunomedics, Inc. v. VenBio Select Advisor LLC*, No. 17-176-LPS

Dear Chief Judge Stark:

Pursuant to the May 9, 2017 Stipulation and Order in the captioned matter, I am writing to provide a joint status report. I have shared this letter in advance with Mr. Teklits, counsel for the defendants, and he concurs with the report.

Following the parties' execution of a Settlement Term Sheet on May 3, 2017 they have been working to conclude a definitive settlement agreement, which includes resolution of this action. The parties continue to work toward a definitive settlement. We will provide a further status report in 60 days if this matter has not been concluded before then.

                                  Respectfully submitted,

                                  /s/ *P. Clarkson Collins, Jr.*

                                P. Clarkson Collins, Jr. (#739)

cc: David J. Teklits, Esq. (via efiling)
    A. Thompson Bayliss, Esq. (via efiling)