**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Immunomedics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> venBio Select Advisor LLC, Behzad Aghazadeh, Scott Canute, Peter Barton Hutt, and Khalid Islam, <br><br> Defendants. | C.A. No. 1:17-cv-00176-LPS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties and parties-in-interest hereby stipulate, through their undersigned counsel, that this action be dismissed with prejudice, waiving all rights of appeal, with each party bearing its own costs and attorney's fees.

*/s/ Sarah E. Delia*
A. Thompson Bayliss (#4379)
Sarah E. Delia (#5833)
Daniel J. McBride (#6305)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000

*Attorneys for Immunomedics, Inc.*

*/s/ David J. Teklits*
David J. Teklits (#3221)
Kevin M. Coen (#4775)
Alexandra M. Cumings (#6146)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19801

*Attorneys for venBio Select Advisor LLC, Behzad Aghazadeh, Scott Canute, Peter Barton Hutt, and Khalid Islam*

*/s/ Albert H. Manwaring, IV*
P. Clarkson Collins, Jr. (#739)
Albert H. Manwaring, IV (#4339)
Meghan A. Adams (#4981)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800

*Attorneys for David M. Goldenberg*


Dated: November 2, 2017